~ *FILED*

2019 AUG -6 *PM 1: 13*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

~Y_____

_____ ~UTY

---

Bryant P. Rowlette
939 Ontario Ave
Niagara Falls, NY 14305

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Department of Veterans Affair
31 Hopkins Plaza
Baltimore, Md 21203

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**   USC 36,38

Case No. ELH-19-2272

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☐ No
              *(check one)*

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                   Bryant P. Rowlette
Street Address         939 Ontario Ave
City and County        Niagara Falls, NY
State and Zip Code     New York, 14305
Telephone Number
E-mail Address

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                   Department of Veterans Affairs
Job or Title
(if known)
Street Address         31 Hopkins Plaza
City and County        Baltimore, Md 21203
State and Zip Code     Maryland
Telephone Number
E-mail Address
(if known)

2

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USC   36-38     Civil Rights, Veterans Benefts

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Bryant P Rowlette , is a citizen of the State of *(name)* New York .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an
    additional page providing the same information for each additional
    defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant
    owes or the amount at stake—is more than $75,000, not counting interest
    and costs of court, because *(explain):*

    _____

    _____

    _____

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

Failing to rehabilitate Fully in a manner that would
allow employability. VA denied service connected disabled
veteran training and education benefits during rehabilitate
period.

Veterans Benefits USC Title 36-38 USC

Title 38 - Veterans Benefits    Page XXXII
   - 31. Training and Rehabilitation for veterans
      with service-connected disabilities

Part III Readjustment and Related Benefits 3001
   periods of eligibility

$$2006 + 12 = \cancel{2018} \ 2000$$
$$2009 + 12 = 2021 \ 2013 \ \text{yr. of recovery}$$

(b)(1) the period of eligibility shall again begin to run
   on the first day of recovery following such
   veterans recovery from such condition on
   which it is reasonably feasible    2013
      Eligible starting yr. 2013

(c) Such veteran may be afforded a vocational
   rehabilitation program after the expiration
   of the period of eligibility.. if the Secretary
   also determines on basis of such veterans
   handicap and need for such services

c(1) that such veteran had not previously been
   rehabilitated to the point of employability

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order.  Do not make legal arguments.  Include any basis for claiming that the wrongs
alleged are continuing at the present time.  Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts.  Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.  For any request for injunctive relief, explain why
monetary damages at a later time would not adequately compensate you for the injuries
you sustained, are sustaining, or will sustain as a result of the events described above, or
why such compensation could not be measured.

Veterans Vocational Rehabilitation benefits
and injunctive relief, now-employable.

7

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 Aug , 20 19

Signature of Plaintiff        Bryant P. Roulette

Printed Name of Plaintiff    Bryant P. Roulette

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

Telephone Number            _____

Email Address               _____

8

To: US District Ct.
100 W. Lombard St.
Baltimore, Md 21201

939 Ontario Ave
Niagara Falls, NY 14305

Bryant P. Rowlette
Bryant P. Rowlette

FILED
2019 AUG -6 PM 1:24