IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRYANT P. ROWLETTE,

   Plaintiff,

v.

DEPT. OF VETERANS AFFAIRS,

   Defendant.

Civil Action No.: ELH-19-2272

**ORDER**

Plaintiff Bryant P. Rowlette, who is self represented, filed suit on August 6, 2019, against the Department of Veterans Affairs (the "Department"). ECF 1. Plaintiff alleges that the Department failed to rehabilitate him "in a manner that would allow employability." *Id.* at 6. He cites 38 U.S.C. ECF 1.

Mr. Rowlette did not pay the filing fee or file a Motion to Proceed in Forma Pauperis. However, because the Complaint must be dismissed, without prejudice, he will not be required to correct the deficiency.

An action seeking to challenge the validity of a decision by the Board of Veterans Appeals must be filed with the United States Court of Appeals for Veterans Claims, which has exclusive jurisdiction to provide judicial review of final decision by the Board. *See* http://www.uscourts.cavc.gov/index.php?fullsite=yes. The court's address is: United States Court of Appeals for Veterans Claims, 25 Indiana Avenue, NW, Suite 900, Washington, D.C. 20004-2950; the phone number is: (202) 501-5970.

Accordingly, it is this 19th day of August, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED, without prejudice, for lack of jurisdiction;

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

3. The Clerk SHALL CLOSE this case.

                                                  /s/
                                       Ellen L. Hollander
                                       United States District Judge